UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| SHAUN JENKINS,<br>　　　Plaintiff,<br>v.<br><br>CITY OF BOSTON; and PAUL FARRAHAR, DENNIS HARRIS, DANIEL KEELER, KEVIN MCGOLDRICK, and PAUL SCHROEDER,<br>*in their individual capacities*.<br>　　　Defendants. | Docket Number: 1:23-cv-11299 (LTS) |

**COURT ORDER**

Plaintiff Shaun Jenkins's Motion for an Order Granting Access to and Leave to Disclose Criminal Offender Record Information, and the attached Affidavit of Ana Muñoz in support of that motion, having come before this Court for consideration, it is hereby ORDERED:

1. That Massachusetts criminal justice agencies, as defined in the Criminal Offender Record Information ("CORI") law, Mass. Gen. Laws ch. 6, § 167, and other state and local agencies, may release to the Plaintiff CORI, evaluative, and intelligence information that may be relevant to or pertaining to the following witnesses, and the offenses for which they were charged or convicted as may be necessary for the preparation, trial, or appeal of this case:

    a. Dennis Jones, Jr. (DOB 7/12/87)

    b. Dennis Jones, Sr. (DOB 01/05/67)

    c. Tameisha Miranda (DOB 10/25/79)

1

    d. Janet Riordan (DOB 12/20/57)

    e. Bruce Riordan (DOB ?/?/1987)

    f. Mark Gaines (DOB 11/30/66)

    g. Doreen Fernandes (DOB 10/31/65)

    h. Dia DiMiranda (DOB 4/19/59)

    i. Craig Jenkins (DOB 12/12/72)

    j. George Hooker (DOB 12/3/46)

    k. Karen Heinen (DOB 06/21/63)

    l. Karen Brown (DOB 5/28/65)

    m. Mike White (DOB 9/22/69)

2. Plaintiff's counsel will access, use, or disclose such information as described in Paragraph 1 of this Order only as authorized by the Court or the Department of Criminal Justice Information Services ("DCJIS").

3. This Court may issue protective order(s) concerning the use or disclosure of this CORI and other information in particular circumstances. Issues concerning privileges in this information may also be brought to this Court's attention.

4. Plaintiff shall provide to Defendants all documents obtained via this order, subject to any protective orders, as appropriate.

Date: 3/1/2024

So ordered,

/s/ Leo T. Sorokin

Hon. Leo T. Sorokin
United States District Judge